**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-6686**

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

QUATRAIL PAIR,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge.  (5:12-cr-00400-D-1)

_____

Submitted:  November 9, 2017                   Decided:  November 22, 2017

_____

Before WILKINSON, KING, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Quatrail Pair, Appellant Pro Se.  Leslie Katherine Cooley, Jennifer P. May-Parker, Rudy E. Renfer, Assistant United States Attorneys, Tobin Webb Lathan, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quatrail Pair appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion and his motion for transfer to federal custody. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *United States v. Pair*, No. 5:12-cr-00400-D-1 (E.D.N.C. May 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*